UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAREK KURDY,**

       **Plaintiff,**

v.                                         Case No.  6:20-cv-2156-CEM-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Complaint (Doc. 1), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her application for disability benefits. The United States Magistrate Judge issued a Report and Recommendation (Doc. 37), recommending that the decision be reversed and remanded.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 37) is **ADOPTED** and made a part of this Order.

2. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record